UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HONESTY TRUTH,**

   Plaintiff,

v.                                                                     No. 4:25-cv-0185-P

**SORAYA JOSLIN, ET AL.,**

   Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 31. In that order, the Magistrate Judge recommended that this case be dismissed because: "As of the date of this Order, Truth has wholly failed to comply with the Court's orders by: (1) failing to either pay the $405 filing and administrative fees or complete all sections of the long-form IFP Application, and (2) failing to file a Complaint that complies with the Court's previous orders." *Id.* at 2. On April 30, 2025, Plaintiff filed a "Motion for Leave to file Second Amended Complaint" which purports to resolve the above and negate the Magistrate Judge's recommendation. ECF No. 32. Consequently, the Court considers the Magistrate Judge's Recommendation to be ripe for review.

The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. While Plaintiff attempted to cure the deficiencies identified by the Magistrate Judge through the filing of her Motion, she wholly failed to do so. Thus, the Court **DENIES** her Motion

(ECF No. 32). Further, Plaintiff's other motions (ECF Nos. 2, 3, 16) are **DENIED as moot.**

The Court therefore **ORDERS** that this case is **DISMISSED without prejudice.**

**SO ORDERED** on this **30th day of April 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

2